1   Bernadette Connolly, Bar No. 194633
    LAW OFFICES OF BERNADETTE W. CONNOLLY
2   1671 The Alameda, Suite 200
    San Jose, CA 95126
3   Tel.: (408) 287-0383
    Fax: (408) 287-4260
4
    Attorney for Petitioner
5   Christine Wisnet

6                  UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
    In Re:                              )
8           Christine Wisnet           )
                                        )
9           Petitioner-Appellant       )   Case No. C 04 1744 JW PVT
                                        )
10                                      )   Agency No. A20 530 634
    v.                                  )
11                                      )
            John Ashcroft, Attorney General )
12          of the United States;      )
                                        )
13          Tom Ridge, Secretary of    )
            Homeland Security          )   STIPULATION AND [PROPOSED]
14                                      )   ORDER
            David N. Still, District Director, )
15          United States Citizenship and )
            Immigration Services, San Francisco, )
16                                      )
             Respondents-Appellees     )
17   _____)

18          Subject to the Court's approval, the parties, through their undersigned counsel of record,

19   hereby agree and stipulate as follows:

20          1.     On May 4, 2004, Ms. Wisnet filed a Petition for Review of the denial of her

21                 naturalization application with the United States District Court for the Northern

22                 District of California at San Jose, California.

23          2.     On June 1, 2004, the Department of Homeland Security initiated removal

24                 proceedings against Ms. Wisnet by issuing a Notice to Appear (NTA).

25          3.     Subsequently, the U.S. Attorney and Ms. Wisnet, through undersigned Counsel,

26                 stipulated for a stay of her pending case in the United States District Court,

27

28

STIPULATION REQUESTING STAY; ORDER
C 04 1744 JW PVT                              1

1    Northern District of California and made a joint motion to the District Court. The

2    District Court granted the motion on July 1, 2004 and the case is currently stayed.

3    4.    On October 4, 2004, the Immigration Judge terminated removal proceedings.

4    5.    The Department of Homeland Security (DHS) filed a timely appeal with the

5    Board of Immigration Appeals on November 2, 2004.

6    6.    The Board of Immigration Appeals remanded the case to the Immigration Court

7    on May 24, 2006 to give the Government an opportunity to present more

8    evidence.

9    7.    The Immigration Court has a case status conference scheduled for September 26,

10    2006.

11    8.    Respondents believe that this Court lacks jurisdiction to act on her naturalization

12    application since her removal case is still pending before the Immigration Court.

13    *Tellez v. INS*, 91 F.Supp.2d 1356, 1362 (C.D. Cal. 2000); *Apokarina v. Ashcroft*,

14    232 F.Supp. 2d 414, 415 (E.D.Pa. 2002).

15    9.    If removal proceedings are terminated by the Immigration, the existing issue

16    regarding the subject matter jurisdiction of this Court over the naturalization

17    application will be resolved.

18    Accordingly, the parties request that the Court order as follows:

19    1.    This action is stayed another six months pending a ruling by the Immigration

20    Court on Ms. Wisnet's request to terminate removal proceedings against Ms.

21    Wisnet.

22    2.    Ms. Wisnet shall file with this Court and serve on respondents notice of the

23    decision of the Immigration Court.

24

25

26

27

28

STIPULATION REQUESTING STAY; ORDER
C 04 1744 JW PVT                                    2

1

2    Dated: September 19, 2006                     Respectfully submitted,

3                                                  BERNADETTE W. CONNOLLY
                                                   Attorney for Petitioner

4

5    Dated: September 19, 2006                     KEVIN V. RYAN
                                                   United States Attorney

6

7                                                  ILA DEISS
                                                   United States Attorney
                                                   Attorneys for Respondents

8

9                        [PROPOSED] ORDER

10        Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS SO

11   ORDERED.

12   Dated:  9/21/2006

13                                                 HON. JAMES WARE
                                                   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REQUESTING STAY; ORDER
C 04 1744 JW PVT                              3