KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California 94102
　　Telephone: (415) 436-7124
　　FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINE WISNET, <br><br> Petitioner, <br><br> v. <br><br> ALBERTO GONZALES, Attorney General of the United States, et al., <br><br> Respondents. | No. C 04-1744 JW <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

　　Petitioner, by and through her attorney of record, and Respondents, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the removal proceedings before the Immigration Court have been resolved, and on November 29, 2006, the Immigration Court in San Francisco, California approved Plaintiff's application for adjustment of status under section 249 of the Immigration and Nationality Act.

　　Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C04-1744 JW                              1

1  Date: December 22, 2006                    Respectfully submitted,

2                                             KEVIN V. RYAN
                                              United States Attorney
3

4
                                              _____/s/_____
5                                             ILA C. DEISS
                                              Assistant United States Attorney
6                                             Attorneys for Respondents

7

8                                             _____/s/_____
   Date: December 22, 2006                    BERNADETTE CONNOLLY
9                                             Attorney for Petitioner

10
                            **ORDER**
11
       Pursuant to stipulation, IT IS SO ORDERED.
12

13
   Date:  December 28, 2006
14                                            _____
                                              JAMES WARE
15                                            United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C04-1744 JW                                  2